USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/13/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
FENTON,

                          Plaintiff,

      -against-

ANNUCCI et al,

                      Defendants.
------------------------------------------------------------ x

1:18-cv-10985

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Defendants' motion to dismiss (ECF No. 49) is denied without prejudice. The parties should file a status report by April 21, 2020.

**SO ORDERED.**

**Dated**: April 13, 2020
             New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**