UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
TONJA FENTON,

                         Plaintiff,

         - against -                                                    ORDER

DEPT. OF CORRECTIONS AND COMMUNITY                                      18-CV-10985 (ALC)(KNF)
SUPERVISION; COMMISSIONER ANNUCCI;
SUPERINTENDENT SQUIRES; UNNAMED
OFFICER JOHN DOE

                         Defendants.
----------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

        The initial pretrial conference, which was adjourned previously, will be held on December 2,

2020, at 10:00 a.m. The conference will be held by telephone. The parties are directed to call (888) 557-

8511 and, thereafter, enter access code 4862532.  Please be advised that a court reporter will attend the

conference via telephone.

Dated:  New York, New York                           SO ORDERED:
        November 13, 2020

                                                     _Kevin Nathaniel Fox_____
                                                     KEVIN NATHANIEL FOX
                                                     UNITED STATES MAGISTRATE JUDGE

2